UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**WEST BEND MUTUAL INSURANCE COMPANY,**

        **Plaintiff,**

    v.

**OASIS INTERNATIONAL TRADING, LLC,**

        **Defendant.**

**Civil Action 2:21-cv-1420**
**Chief Judge Algenon L. Marbley**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

This matter is before the Court on Plaintiff's Motion to Withdraw Motion for Default Judgment Against Defendant Oasis International Trading, LLC (ECF No. 12). For good cause shown, the Motion (ECF No. 12) is **GRANTED**. The Clerk is **DIRECTED** to terminate Plaintiff's Motion for Default Judgment (ECF No. 11). Further, the October 20, 2021 Entry of Default (ECF No. 10) is **VACATED**. Plaintiff shall have until **APRIL 14, 2022**, to effect service of process over Defendant.

    **IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE